**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
RAYMUNDO VASQUEZ, *individually and on behalf of others similarly situated,*

                *Plaintiff*,

    -against-

EAST SIDE SPIRIT INC. (D/B/A ROTHSCHILD TLV), SHAUL YZHAKI, and TAL ABOAV.

                *Defendants*
-------------------------------------------------------X

**Case** 1:21-cv-10332-ALC

**JUDGMENT**

    On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, RAYMUNDO VASQUEZ, have judgment against Defendants EAST SIDE SPIRIT INC. (D/B/A ROTHSCHILD TLV), SHAUL YZHAKI, and TAL ABOAV jointly and severally, in the amount of $6,500.00, (Six Thousand and Five Hundred Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20\_\_    SO ORDERED,

                                                        _____