USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/11/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
RAYMUNDO VASQUEZ, *individually and on behalf of others similarly situated,*

                     *Plaintiff*,

   -against-

EAST SIDE SPIRIT INC. (D/B/A ROTHSCHILD TLV), SHAUL YZHAKI, and TAL ABOAV.

                     *Defendants*
-------------------------------------------------------X

Case 1:21-cv-10332-ALC

**JUDGMENT**

      On __March 2, 2022__ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, RAYMUNDO VASQUEZ, have judgment against Defendants EAST SIDE SPIRIT INC. (D/B/A ROTHSCHILD TLV), SHAUL YZHAKI, and TAL ABOAV jointly and severally, in the amount of $6,500.00, (Six Thousand and Five Hundred Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: __April 11, 2022__

SO ORDERED:

_/s/ Andrew L. Carter, Jr._
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE